# Third District Court of Appeal
## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1007
Lower Tribunal Nos. F03-22996, F03-3082

_____

**Maximo Acosta,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Maximo Acosta, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.